IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Casanas, Peter I | Case Number: 05 B 06196 |
| | Judge: Squires, John H |
| Printed: 11/13/07 | Filed: 2/23/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: September 12, 2007
Confirmed: April 6, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 12,365.00 | |
| Secured: | | 9,342.04 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,000.00 |
| Trustee Fee: | | 572.96 |
| Other Funds: | | 450.00 |
| Totals: | 12,365.00 | 12,365.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Macey & Aleman | Administrative | 2,000.00 | 2,000.00 |
| 2. | General Motors Acceptance Corp | Secured | 11,721.65 | 9,158.16 |
| 3. | Resurgent Capital Services | Secured | 234.70 | 183.88 |
| 4. | Wells Fargo Bank | Unsecured | 335.90 | 0.00 |
| 5. | American General Finance | Unsecured | 218.97 | 0.00 |
| 6. | Discover Financial Services | Unsecured | 740.19 | 0.00 |
| 7. | Specialized Management Consultants | Unsecured | 16.55 | 0.00 |
| 8. | Aspire Visa | Unsecured | 245.33 | 0.00 |
| 9. | Resurgent Capital Services | Unsecured | 102.24 | 0.00 |
| 10. | Medical Recovery Specialists | Unsecured | 81.49 | 0.00 |
| 11. | Capital One | Unsecured | 157.30 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 858.16 | 0.00 |
| 13. | Mid America Bank | Secured | | No Claim Filed |
| 14. | Bi Anesthesia | Unsecured | | No Claim Filed |
| 15. | Bank One | Unsecured | | No Claim Filed |
| 16. | Christ Hospital | Unsecured | | No Claim Filed |
| 17. | Thomas H Aleck DDS | Unsecured | | No Claim Filed |
| 18. | Sears Roebuck & Co | Unsecured | | No Claim Filed |
| 19. | Rush Presbyterian St Luke's Hospital | Unsecured | | No Claim Filed |
| 20. | St Francis Hospital | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 16,712.48 | $ 11,342.04 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 62.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Casanas, Peter I

Printed: 11/13/07

Case Number:  05 B 06196
Judge:  Squires, John H
Filed:  2/23/05

|      |        |
|------|--------|
| 3%   | 40.69  |
| 5.5% | 198.48 |
| 5%   | 45.00  |
| 4.8% | 129.59 |
| 5.4% | 97.20  |
|      | _____ |
|      | $ 572.96 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_